UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:20-cv-10121-MOORE/LOUIS

ISELA GONZALEZ,

    Plaintiff,

v.

GABRIELA BÄR,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Defendant's Motion to Compel Medical (Orthopedic and Neurologic) Examinations (ECF No. 41). This Motion has been referred to the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, by the Honorable K. Michael Moore, Chief Judge of the United States District Court Judge for the Southern District of Florida (ECF No. 6). Defendant's Motion represents that during the conferral process, Plaintiff did not object to the medical exams but has failed to confirm availability for the proposed dates or the examining doctor's pre-examination requirements (ECF No. 41 at 5). Plaintiff filed no response in opposition to the Motion and the time to do so has passed. Failure to timely respond to a motion may be deemed sufficient cause for granting the motion by default. *See* S.D. Fla. L.R. 7.1(c). As such, it is

**ORDERED** and **ADJUDGED** that Defendant's Motion to Compel is **GRANTED** by default. It is further ordered that Plaintiff shall submit to the following examinations:

1. Tuesday, May 18, 2021, at 10:00 a.m. (arrival time 9:30a.m.), with Kenneth Fischer, M.D. located at 1801 N.E. 123rd Street, Suite 314, North Miami, FL 33181, Tel: (786) 837-7780.  The nature of the examination consists of providing a medical history and

1

undergoing a physical examination, which may include taking of plain x-rays. Plaintiff is directed to present photo identification at this examination. Plaintiff is hereby advised that a disruption fee may be incurred if the Plaintiff fails to appear as scheduled or fails to give notice of cancellation within seven (7) days of the examination.

2. Tuesday, May 18, 2021, at 2:00 p.m. (arrival time 1:30 p.m.), with Jonathan Hyde, M.D., Miami Spine Specialists, located at 4308 Alton Road, Suite 830, Miami, Beach, FL 33140, Tel: (305) 532-0065. The nature of the examination consists of providing a medical history and undergoing a physical examination, which may include taking of plain x-rays. Plaintiff is directed to present photo identification at this examination. Plaintiff is hereby advised that a disruption fee may be incurred if the Plaintiff fails to appear as scheduled or fails to give notice of cancellation within seven (7) days of the examination.

**DONE** and **ORDERED** in Chambers this on this 4th day of May, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**